## BERT TUCKER v. STATE.

No. A-1505.   Opinion Filed November 30, 1912.

(127 Pac. 882.)

APPEAL—Failure to File Briefs—Affirmance. Where a brief is not filed by the appellant as required by the rules of the court, the appeal will be treated as abandoned, and the judgment of the trial court will be affirmed.

(Syllabus by the Court.)

*Appeal from Jefferson County Court;*
*B. T. Price, Judge.*

Bert Tucker was convicted of violating the prohibitory law, and appeals. Affirmed.

*P. T. Hamilton,* for appellant.

*Smith C. Matson* and *C. J. Davenport,* Asst. Attys. Gen., for the State.

FURMAN, P. J. On the 14th day of October, 1911, judgment was rendered in the county court of Jefferson county against appellant for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of $85 and 30 days' confinement in the county jail.

The appeal in this case was perfected by filing a transcript of the records in this court on December 1, 1911. But counsel for appellant have failed and neglected to file a brief in this court in compliance with the rules of the court. The appeal has thereby been abandoned, and the judgment of the lower court is affirmed.

DOYLE, J., concurs; ARMSTRONG, J., absent, and not participating.